# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1350

_____

Trivansky Swington

*Plaintiff - Appellant*

v.

Waterloo, Iowa, City of; Black Hawk County Jail; Black Hawk County Sheriff's Office; Anthony Nai, Deputy; Julie Lein, Deputy; Aaron Haas, Deputy; Iowa, State of; Todd Schmitt, Deputy; B Rollins, Deputy; Wyatt Landers, Deputy; Zachary Holbach, Deputy

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: October 6, 2017
Filed: October 19, 2017
[Unpublished]

_____

Before GRUENDER, BENTON, KELLY, Circuit Judges.

_____

PER CURIAM.

Trivansky Swington appeals the district court's[1] grant of summary judgment in favor of defendants in his 42 U.S.C. § 1983 action asserting claims of excessive force and deliberate indifference stemming from events that occurred while Swington was confined at the Black Hawk County Jail. Following careful de novo review of the record and the arguments on appeal, we affirm the judgment of the district court for the reasons cited in the district court's memorandum opinion. See 8th Cir. R. 47B. Swington's motion for appointment of counsel is denied.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.